IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| STELLAR INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALHOUN FRONTIER, LLC d/b/a SERVICE TRUCK DEPOT and IMFAB, INC., <br><br> Defendants. | CASE NO. 5:25-cv-00056 <br><br> **UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND SUBSTITUTE DEFENDANT** |

COMES NOW Plaintiff, Stellar Industries, Inc. ("Plaintiff"), by and through undersigned counsel, and, pursuant to Fed. R. Civ. P. 15, hereby submits the following Unopposed Motion for Leave to File First Amended Complaint:

1. Federal Rule of Civil Procedure 15(a)(2) provides, in relevant part, that "a party may amend its pleading only with the opposing party's written consent or the court's leave."

2. After the Complaint was served on Defendants, counsel for Defendant Calhoun Frontier, LLC d/b/a Service Truck Depot contacted counsel for Plaintiff regarding an issue with the entity that is currently doing business as Service Truck Depot. Upon conferral and the exchange of documents, Plaintiff believes that FAF TX Depot, LLC d/b/a Service Truck Depot should be substituted for Calhoun Frontier, LLC d/b/a Service Truck Depot. Defendant IMFAB, Inc. will remain in the case.

3. Pursuant to Local Rule CV-7(h), as noted below, Plaintiff's counsel of record, Stephanie A. Koltookian, conferred with Defendants' counsel of record regarding this motion, to which they consented.

4. Tripp Fussell, counsel of record for Defendant, IMFAB, Inc., provided written

1

consent to this motion by email on July 17, 2025.

5.    Robert J. McAughan Jr., counsel of record for Defendant, Calhoun Frontier LLC, provided written consent to this motion by email on July 17, 2025.

6.    As a result, this motion should be granted.

7.    A proposed Order is being filed concurrently herewith, pursuant to Local Rule CV-7(a).

WHEREFORE, Plaintiff, Stellar Industries, Inc., prays that the Court grant this Motion for Leave to File First Amended Complaint and Substitute Defendant, and all other relief as this Court may deem proper.

Dated: July 18, 2025                                      Respectfully submitted,

/s/ Stephanie A. Koltookian
Stephanie A. Koltookian, Iowa AT0012724
(Admitted Pro Hac Vice)
Michael A. Dee, Iowa AT0002043
(Admitted Pro Hac Vice)
BROWN, WINICK, GRAVES, GROSS, AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone:  515-242-2400
Facsimile:   515-283-0231
Email: stephanie.koltookian@brownwinick.com
Email: michael.dee@brownwinick.com

| | |
|---|---|
| Dated: July 18, 2025 | */s/ Brett M. Pinkus*<br>Brett M. Pinkus<br>State Bar No. 24076625<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Avenue, Suite 500<br>Dallas, Texas 75204<br>Telephone: (214) 692-6200<br>Facsimile:  (214) 692-6255<br>Email: brett.pinkus@wickphillips.com<br><br>**ATTORNEYS FOR PLAINTIFF,**<br>**STELLAR INDUSTRIES, INC.** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, a copy of which will be served upon all counsel of record registered with the CM/ECF system via Notice of Electronic Filing.

| | |
|---|---|
| Dated: July 18, 2025 | */s/ Helen Mollenbeck*<br>Helen Mollenbeck, Legal Assistant |

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that (1) Plaintiff's counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and (2) this the motion is unopposed.

| | |
|---|---|
| Dated: July 18, 2025 | */s/ Stephanie A. Koltookian*<br>Stephanie A. Koltookian, Iowa AT0012724<br>(Admitted Pro Hac Vice) |