IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| STELLAR INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALHOUN FRONTIER, LLC d/b/a SERVICE TRUCK DEPOT and IMFAB, INC., <br><br> Defendants. | CASE NO. 5:25-cv-00056 <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint and Substitute Defendant Party (the "Motion"). Plaintiff seeks leave to amend the complaint under Federal Rule of Civil Procedure 15(a)(2), and Defendants do not object concerning the proposed amendments. The proposed amendments are set out in the Motion seeking leave to amend, at paragraph 2:

The main change is substituting FAF TX Depot, LLC d/b/a Service Truck Depot and IMFAB, Inc.

The Court finds, for the reasons stated in the motion, good cause to grant leave to file an amended complaint.

IT IS ORDERED that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint is granted. Plaintiff's First Amended Complaint is deeded filed as of the original date of its filing.

IT IS SO ORDERED.